IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ANGELA DENISE WILSON                                                                     PLAINTIFF
ADC #708565

V.                                    NO: 1:08CV00041 BSM/HDY

JOHN MAPLES et al.                                                                     DEFENDANTS

## **ORDER**

On October 2, 2008, United States Magistrate Judge H. David Young issued Proposed Findings and Recommendations, recommending that certain defendants be dismissed as plaintiff had not made any specific claims against them. Plaintiff filed objections and set forth the specific claims she has made against those defendants.

In light of plaintiff's objections, the court rejects the Proposed Findings and Recommendations and refers the case back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED this 22nd day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE