**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION**

ANGELA DENISE WILSON                                                                   PLAINTIFF
ADC #708565

V.                                       NO: 1:08CV00041 BSM/HDY

JOHN MAPLES *et al.*                                                                   DEFENDANTS

## ORDER

Plaintiff filed this complaint on July 15, 2008. On October 2, 2008, the undersigned entered findings and recommendations that Plaintiff's claims against Defendants Brandy Wilson, Stephen Gilbert, and Linda Dixon, be dismissed, due to Plaintiff's failure to articulate any specific claims against them (docket entry #4). On October 14, 2008, Plaintiff filed objections to the findings and recommendations, and provided specific allegations against Wilson, Gilbert, and Dixon (docket entry #6). In light of those objections, United States District Judge Brian S. Miller rejected the findings and recommendation (docket entry #21). Accordingly, service is appropriate on Wilson, Gilbert, and Dixon.

IT IS THEREFORE ORDERED THAT service is appropriate on Defendants Brandy Wilson, Stephen Gilbert, and Linda Dixon, and the United States Marshal is directed to serve a copy of the complaint (docket entry #2), this order, and summons, upon said Defendants, without prepayment of fees and costs or security therefor.

DATED this  22  day of October, 2008.

_____
UNITED STATES MAGISTRATE JUDGE