**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

ANGELA DENISE WILSON                                                                      PLAINTIFF
ADC #708565

V.                                        NO: 1:08CV00041 BSM/HDY

JOHN MAPLES *et al.*                                                                        DEFENDANTS

## ORDER

The court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this court's findings in all respects.

IT IS THEREFORE ORDERED THAT plaintiff's motion for injunctive relief (docket entry #43) is DENIED.

DATED this 20th day of January, 2009.

                                                            /s/ Brian S. Miller
                                                            UNITED STATES DISTRICT JUDGE