# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## BATESVILLE DIVISION

ANGELA DENISE WILSON                                                                PLAINTIFF
ADC #708565

V.                                        NO: 1:08CV00041 BSM/HDY

JOHN MAPLES *et al.*                                                                DEFENDANTS

## ORDER

On January 20, 2009, Defendant Kevin Pylet, among others, filed an answer to Plaintiff's amended complaint (docket entry #62). The Clerk is directed to change the style of the case to reflect the correct name of Defendant Kevin Pylet.

IT IS SO ORDERED THIS   21   day of January, 2009.

_____
UNITED STATES MAGISTRATE JUDGE