# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# BATESVILLE DIVISION

ANGELA DENISE WILSON                                                                    PLAINTIFF
ADC #708565

V.                              NO: 1:08CV00041 BSM/HDY

JOHN MAPLES *et al.*                                                                  DEFENDANTS

## ORDER

On January 7, 2008, Plaintiff filed what has been docketed as a motion for injunctive relief (docket entry #56), which contained allegations similar to those in a previous motion for injunctive relief (docket entry #43). Plaintiff's earlier motion was denied (docket entry #63). Plaintiff's current motion does not indicate the specific relief that she seeks. Accordingly, Plaintiff is directed to submit, no later than 11 days after the entry of this order, an amended motion, which specifies the relief she seeks. No later than 11 days after Plaintiff files her motion, Defendants are directed to file a response to Plaintiff's motion.

IT IS SO ORDERED THIS __22__ day of January, 2009.

_____
UNITED STATES MAGISTRATE JUDGE