IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

ANGELA DENISE WILSON                                                                                    PLAINTIFF
ADC #708565

V.                                         NO: 1:08CV00041 BSM/HDY

JOHN MAPLES *et al.*                                                                                      DEFENDANTS

## ORDER

The court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this court's findings in all respects.

IT IS THEREFORE ORDERED THAT plaintiff's motions for injunctive relief (docket entries #56 & #89) are DENIED.

DATED this 2nd day of March, 2009.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE