**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION**

**ANGELA DENISE WILSON**                                              **PLAINTIFF**
**ADC #708565**

**V.**                  **NO: 1:08CV00041 BSM/HDY**

**JOHN MAPLES** *et al.*                                                     **DEFENDANTS**

## ORDER

The court has reviewed the proposed findings and partial recommended disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the court concludes that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety as this court's findings in all respects.

IT IS THEREFORE ORDERED THAT plaintiff's claims against defendant Dennise McGuiness are DISMISSED WITHOUT PREJUDICE, and McGuiness's name is removed as a party defendant. The motion for extension of time to file a response (Doc. No. 110) is denied.

DATED this 12th day of March, 2009.

                                                           /s/ Brian S. Miller
                                                  UNITED STATES DISTRICT JUDGE