# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# BATESVILLE DIVISION

**ANGELA DENISE WILSON**  **PLAINTIFF**
**ADC #708565**

**V.**                **NO: 1:08CV00041 BSM/HDY**

**JOHN MAPLES** *et al.*           **DEFENDANTS**

## ORDER

The court has reviewed the proposed findings and partial recommended disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the court concludes that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety as this court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's claims against defendant James Pratt are DISMISSED WITH PREJUDICE for failure to introduce sufficient evidence to create a fact issue to be submitted to a jury.

2. Pratt's pending motion to dismiss (Doc. No. 103) is DENIED AS MOOT.

DATED this 18th day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE