**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**ANGELA DENISE WILSON
ADC #708565**                                                                                 **PLAINTIFF**

**VS.**                 **CASE NO.: 1-08-CV-00041-BSM**

**JOHN MAPLES** *et al*.                                                        **DEFENDANT**

## ORDER

Plaintiff Angela Denise Wilson has filed a request for protection and amicable solution (Doc. No. 183). Liberally construing Wilson's filing, it seems that she requests parole or early release. Wilson's request is unrelated to this action, which she brought under 42 U.S.C. § 1983. Her requests are more appropriate for a habeas corpus petition. As far as plaintiff requests parole, that request is denied.

IT IS SO ORDERED THIS 5th day of May, 2010.

                                                   _____
                                                   UNITED STATES DISTRICT JUDGE