**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION**

ANGELA DENISE WILSON                                                                PLAINTIFF
ADC #708565

V.                                      NO: 1:08CV00041 BSM

JOHN MAPLES *et al.*                                                              DEFENDANTS

## JUDGMENT

Consistent with the order entered today this case is DISMISSED WITH PREJUDICE.

Further, it is hereby certified that an *in forma pauperis* appeal taken from the order and judgment dismissing this action would be considered frivolous and not in good faith.

IT IS SO ORDERED this 27th day of May, 2010.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE